4 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
MAY 26 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Trevion Shaver**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Russell Olmstead**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1 : 23 CV 214**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **DEPUTY SARAH WORTH 1659** | **401 W. SAMPLE ST SOUTH BEND, INDIANA 46601** |
| 2 | [Put the names of any other defendants in these boxes.] **WARDEN RUSSELL OLMSTEAD** | **401 W. SAMPLE ST SOUTH BEND, INDIANA 46601** |
| 3 | **SERGEANT MEYERS** | **401 W. SAMPLE ST SOUTH BEND, INDIANA 46601** |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **401 W. SAMPLE ST SOUTH BEND, INDIANA ST. JOSEPH COUNTY**

3. Did the event you are suing about happen there? ☑ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? **MAY, 16TH 2023**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I AM BEING HOUSED IN ST. JOSEPH COUNTY JAIL UPON ARRIVAL I NEVER RECIEVED A INMATE HANDBOOK UNTIL I FILED A LAWSUIT WARDEN OLMSTEAD IS CURRENTLY RUNNING THE FACILITY ON A OUT DATED HANDBOOK AND ONLY USES THE MATERIAL WHEN IT BENIFITS THE DEPUTIES IN A INCIDENT (1) AS OF NOW EVERY POD COMES OUT @ 7AM UNTIL SHIFT CHANGE @ 1 PM THEN LOCKS DOWN @ 8:30 PM THE HANDBOOK IS DATED AUGUST 2013 AND STATES 21:30 AND 4:30 ARE LOCKDOWN TIMES (2) WE ORDER COMMISSARY MAX OUT @ 75$ THE HANDBOOK STATES WE CAN ONLY SPEND 55$ (3) PAGE 3 OF THE HANDBOOK STATES CLASSIFICATION DOES NOT ASSIGN BOTTOM BUNK PASSES I BEEN HERE SINCE APRIL 1ST 2021 AND HAD TO GIVE UP A BOTTOM BUNK BECAUSE OF THIS RULE (4) PAGE 11 OF THE HANDBOOK STATES RECREATION IS ONLY AVAILABLE TO INMATES IN A MINIMUM OR MEDIUM CELL CUSTODY MAXIUM CELL CUSTODY IS CONSIDERED SEGREGATION IN THE HANDBOOK BUT IM CURRENTLY HOUSED IN A MAXIUM GENERAL POPULATION POD WE GET RECREATION AND T.V THE OLD HANDBOOK STATES T.V IS ONLY FOR MINIMUM AND MEDIUM PODS THE CURRENT JAIL HANDBOOK IS NOT UP TO PROPER PROCEDURE THAT WHY THE JAIL DOESNT PASS THEM OUT WHEN YOU GET BOOKED IN AND OVER 50 PERCENT OF INMATES ARE UNSURE OF THE RULES IN THE FACILITY OUR AMENDMENT ARE ALSO BEING VIOLATED DAILY BY STAFF IN ST. JOSEPH COUNTY JAIL AN INCIDENT ON 5/16/23 BY DEPUTY SARAH WORTH IN A-7 FIRST THE JAIL DOESNT GIVE RADIOS OR TABLETS SO WE HAVE TO MAKE UP STUFF TO STAY SANE IF WE PLAY FOOTBALL DEPUTIES CANCEL REC IF WE TOSS CARDS LIKE NINJA THEY PUT U ON 24 HOUR LOCKDOWN DEPUTY WORTH RADIOS TO SERGEANT MEYERS LIES AND SAY WE REFUSE TO LOCKDOWN HE SIDES WITH DEPUTY WORTH WITHOUT CHECKING THE FACTS AND LOCKS US DOWN

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

FROM 6PM 5/16/23 UNTIL 6AM 5/18/23 THATS 36 HOURS OF CRUEL AND UNUSUAL PUNISHMENT WE COULDNT EVEN SHOWER. INMATES ARE BEING TREATED HARSHLY IN ST. JOSEPH COUNTY JAIL

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                      page 4

5. When did this event happen?
   ○ Before I was confined.
   ☑ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
       case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____
   _____
   _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   MONETARY DAMAGES 2 MILLION PER DEFENDANT. UPDATE INMATE HANDBOOK AND FIRE
   ALL CURRENT DEFENDANTS IM FILING THIS SUIT AGAINST
   _____
   _____
   _____

[*Initial Each Statement*]
   _____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ✓ I will keep a copy of this complaint for my records.
   ✓ I will promptly notify the court of any change of address.
   ✓ I WILL NOT send more than one copy of any filing to the court.
   ✓ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ✓ I declare **under penalty of perjury** that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  5 / 25 / 2023  at  10  am/pm.
       [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Trevion Shaver                                                          325512
**Signature**                                                            **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]